## DANIEL contᵃ ALLISON

Thomas Daniel plaint. contᵃ Iames Allison Defendᵗ in an action of the case for disposeing of a parcel of wines contrary to his order and not delivering them according to bill of Loading wᶜʰ was done

in the year. 1678. by which s^d Daniel is damnified £.250: or so much as shalbee made appeare with other due damages; . . . The Jury . . . found for the plaint. two hundred and Fifty pounds in money and costs of Court allow^d thirty one Shillings six pence.

Execution issued 17° October. 1679.